# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

24-1411 T

Names: Farmshelf Corporation

Location of Plaintiff(s)/Petitioner(s) (city/state): Brooklyn, New York

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Derek W. Kaczmarek
Firm Name: Kaczmarek & Jojola PLLC

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 10229 North 92nd Street, Suite 103
City-State-ZIP: Scottsdale, AZ 85258
Telephone Number: 602-899-6200
E-mail Address: derek@kjtaxlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar?  ☑ Yes   ☐ No

Nature of Suit Code: 210
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: TRE
Number of Claims Involved: _____

Amount Claimed: $ 145,654.16
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ N/A
Is plaintiff a small business?  ☐ Yes  ☐ No
Was this action proceeded by the filing of a  ☐ Yes  ☐ No   Solicitation No. _____
protest before the GAO?
If yes, was a decision on the merits rendered? ☐ Yes  ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: N/A

Takings Case:
Specify Location of Property (city/state): N/A

Vaccine Case:
Date of Vaccination: N/A

Related case:
Is this case directly related to any pending or previously filed  ☐ Yes  ☑ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

## Nature-of-Suit Codes for General Jurisdiction Cases

| | | | | | |
|---|---|---|---|---|---|
| 100 | Contract – Construction – (CDA) | 210 | Tax – Income, Corporate | 354 | Military Pay – SBP |
| 102 | Contract – Fail to Award – (CDA) | 212 | Tax – Income, Individual | 356 | Military Pay – Other |
| 104 | Contract – Lease – (CDA) | 213 | Tax – Income, Individual (Partnership) | 500 | Carrier – transportation |
| 106 | Contract – Maintenance – (CDA) | 214 | Tax – Informer's Fees | 502 | Copyright |
| 108 | Contract – Renovation – (CDA) | 216 | Tax – Preparer's Penalty | 504 | Native American |
| 110 | Contract – Repair – (CDA) | 218 | Tax – Railroad Retirement/Unemployment Tax Act | 506 | Oil Spill Clean Up |
| 112 | Contract – Sale – (CDA) | 220 | Tax – TEFRA Partnership – 28:1508 | 507 | Taking – Town Bluff Dam |
| 114 | Contract – Service – (CDA) | 222 | Tax – Windfall Profit Overpayment – Interest | 508 | Patent |
| 116 | Contract – Supply – (CDA) | 224 | Tax – 100% Penalty – 26:6672 – Withholding | 509 | Taking – Addicks & Barker Reservoirs |
| 118 | Contract – Other – (CDA) | 226 | Tax – Other | 510 | Taking – Personalty |
| 120 | Contract – Bailment | | | 512 | Taking – Realty |
| 122 | Contract – Bid Preparation Costs | 300 | Civilian Pay – Back Pay | 513 | Taking – Rails to Trails |
| 124 | Contract – Medicare Act | 302 | Civilian Pay – COLA | 514 | Taking – Other |
| 126 | Contract – Realty Sale | 303 | Civilian Pay – Disability Annuity | 515 | Unjust Conviction and Imprisonment |
| 128 | Contract – Subsidy | 304 | Civilian Pay – FLSA | 516 | Miscellaneous – Damages |
| 130 | Contract – Surety | 306 | Civilian Pay – Overtime Compensation | 517 | Miscellaneous – Affordable Care Act |
| 132 | Contract – Timber Sale | 308 | Civilian pay – Relocation Expenses | 518 | Miscellaneous – Lease |
| 134 | Contract – Other | 310 | Civilian Pay – Suggestion Award | 520 | Miscellaneous – Mineral Leasing Act |
| 136 | Contract – Other – Wunderlich | 312 | Civilian Pay – Other | 522 | Miscellaneous – Oyster Growers Damages |
| 138 | Contract – Protest (Pre Award) | 340 | Military Pay – Back Pay | 524 | Miscellaneous – Safety Off. Ben. Act |
| 140 | Contract – Protest (Post Award) | 342 | Military Pay – CHAMPUS | 526 | Miscellaneous – Royalty/Penalty Gas Production |
| 200 | Tax – Allowance of Interest | 344 | Military Pay – Correct records | 528 | Miscellaneous – Other |
| 202 | Tax – Declaratory Judgment – 28:1507 | 346 | Military Pay – Correct/Reinstate | 535 | Informer's Reward |
| 204 | Tax – Estate | 348 | Military Pay – Reinstatement | 536 | Spent Nuclear Fuel |
| 206 | Tax – Excise | 350 | Military Pay – Relocation Expenses | | |
| 208 | Tax – Gift | 352 | Military Pay – Retirement | | |

## Nature-of-Suit Codes for Vaccine Cases

| | | | | | |
|---|---|---|---|---|---|
| 449 | Injury – Hepatitis A | 485 | Injury – Hemophilus Influenzae | 477 | Death – Pertussis |
| 453 | Injury – Pneumococcal Conjugate | 486 | Injury – Varicella | 478 | Death – Polio – inactive |
| 456 | Injury – DPT & Polio | 490 | Injury – Rotavirus | 479 | Death – Polio – other |
| 457 | Injury – D/T | 492 | Injury – Thimerosal | 480 | Death – Rubella |
| 458 | Injury – DTP/DPT | 494 | Injury – Influenza (Flu) | 481 | Death – Tetanus & Diphtheria |
| 459 | Injury - Measles | 496 | Injury – Meningococcal | 482 | Death – Tetanus & Tox. |
| 460 | Injury – M/M/R | 498 | Injury – Human Papillomavirus | 483 | Death – Other |
| 461 | Injury – Measles/Rubella | | | 487 | Death – Hepatitis B |
| 462 | Injury – Mumps | 452 | Death – Hepatitis A | 488 | Death – Hemophilus Influenaze |
| 463 | Injury – Pertussis | 454 | Death – Pneumococcal Conjugate | 489 | Death – Varicella |
| 464 | Injury – Polio – inactive | 470 | Death – DPT & Polio | 491 | Death – Rotavirus |
| 465 | Injury – Polio – other | 471 | Death – D/T | 493 | Death – Thimerosal |
| 466 | Injury – Rubella | 472 | Death – DTP/DPT | 495 | Death – Influenza (Flu) |
| 467 | Injury – Tetanus & Diphtheria | 473 | Death – Measles | 497 | Death – Meningococcal |
| 468 | Injury – Tetanus & Tox. | 474 | Death – M/M/R | 499 | Death – Human Papillomavirus |
| 469 | Injury – Other | 475 | Death – Measles/Rubella | | |
| 484 | Injury – Hepatitis B | 476 | Death – Mumps | | |

## AGENCY CODES

| | | | |
|---|---|---|---|
| **AGR** | Agriculture | **SBA** | Small Business Administration |
| **AF** | Air Force | **TRN** | Department of Transportation |
| **ARM** | Army | **TRE** | Department of Treasury |
| **AEC** | Atomic Energy Commission | **VA** | Department of Veterans Affairs |
| **COM** | Department of Commerce | **VAR** | Various Agencies |
| **DOD** | Department of Defense | **O** | Other |
| **DOE** | Department of Energy | | |
| **ED** | Department of Education | | |
| **EPA** | Environmental Protection Agency | | |
| **GPO** | Government Printing Office | | |
| **GSA** | General Services Administration | | |
| **HHS** | Health and Human Services | | |
| **HLS** | Homeland Security | | |
| **HUD** | Housing and Urban Development | | |
| **DOI** | Department of the Interior | | |
| **ICC** | Interstate Commerce Commission | | |
| **DOJ** | Department of Justice | | |
| **LAB** | Department of Labor | | |
| **MC** | Marine Corps | | |
| **NAS** | National Aeronautical Space Agency | | |
| **NAV** | Navy | | |
| **NRC** | Nuclear Regulatory Commission | | |
| **PS** | Postal Service | | |
| **STA** | State Department | | |